■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ERIC CRAIG RUBENSTEIN, Admitted on March 1, 1982, at a Term of the Appellate Division, First Department.

[779 NYS2d 779]—Respondent reinstated as an attorney and counselor-at-law in the State of New York nunc pro tunc to September 15, 1999. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]